# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

J.T.M., et al.

                Plaintiff,

v.

Alejandro Mayorkas, et al.

                Defendant.

Case No.: 1:22−cv−00774
Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 6, 2022:

      MINUTE entry before the Honorable John Z. Lee:Defendant's second motion for an extension of time until August 10, 2022 to respond to the amend complaint [27] is granted. In light of the filing of the amended complaint, Defendant's motion to dismiss [18] is stricken as moot. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.